JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECT PRODUCE, INC., a corporation, CHOUMAS PRODUCE, INC., a corporation,<br>　　　　　Plaintiffs,<br>　　v.<br>HORIZON GROCERS, LLC, a limited liability company d/b/a CALIFORNIA SUPER MARKET, d/b/a CALIFORNIA MARKET, d/b/a NEIGHBORHOOD CALIFORNIA MARKET, d/b/a CALIFORNIA MARKET WORLD, D/B/A HAN-MI SUPERMARKET; CHRISTINE LEE, an individual; KATHY LEE, an individual; HYUN SOOK SHIN, an individual; and SANG KWON OH, an individual,<br>　　　　　Defendants. | Case No.: 08-cv-07640-JFW-SS<br><br>**ORDER REGARDING STIPULATION FOR ENTRY OF JUDGMENT** |

**<u>ORDER</u>**

Having read the Stipulation for Entry of Judgment and good cause appearing therefor,

IT IS HEREBY ORDERED that said Stipulation be filed and that this lawsuit be dismissed without prejudice subject to further notification by Plaintiffs' counsel either requesting entry of judgment upon Defendants' default under said Stipulation or requesting dismissal with prejudice upon Defendants' payment in full of the agreed upon amount as provided for herein.

1

1
2   IT IS FURTHER ORDERED that the Temporary Restraining Order previously issued by this Court on November 19, 2008, in this matter to be released and dissolved.

3
4   IT IS HEREBY FURTHER ORDERED that the U.S. District Court for the Central District of California, shall retain exclusive personal and subject matter jurisdiction of this case for the purpose of entering and enforcing judgment against Defendants, or to otherwise interpret or enforce the terms of said Stipulation, or to enter any other order as deemed necessary or just by this Court.

SO ORDERED.

DATED: December 1, 2008

_____
HON. JOHN F. WALTER,
U.S. DISTRICT COURT